Norris v. Texaco, Inc.

as alleged in the complaint. Among others, the following issue was also submitted: "Did the plaintiff, Junior Bragg King, by fraudulent activity, induce the defendant, Elizabeth Ruth Watson King to enter into a bigamous relationship?" This issue was answered "No." From judgments entered on the verdicts, Ruth Elizabeth Watson (King) appealed in each case.

*Bell, Ogburn and Redding by John N. Ogburn, Jr., for appellee.*

*Ottway Burton for appellant.*

———————

JAMES E. NORRIS v. TEXACO, INC.

No. 7121SC388

(Filed 23 June 1971)

APPEAL by plaintiff from *Lupton, Judge,* 7 December 1970 Session of Superior Court for the trial of civil cases held in FORSYTH County.

Plaintiff alleged that he sustained damages in the sum of $15,000.00 when the defendant breached its lease with him. Defendant denied that it breached the lease and filed a counterclaim alleging that plaintiff was indebted to it in the amount of $2,915.80.

At the close of all the evidence the court allowed the defendant's motion for a directed verdict on plaintiff's cause of action and submitted one issue to the jury on the defendant's counterclaim. The jury by its verdict found that the plaintiff was indebted to the defendant in the sum of $1,530.10. The plaintiff appealed from the judgment entered that he recover nothing of the defendant and that the defendant recover $1,530.10 of the plaintiff.

*White, Crumpler & Pfefferkorn by James G. White and Michael J. Lewis for plaintiff appellant.*

*Womble, Carlyle, Sandridge & Rice by Charles F. Vance, Jr., and James C. Frenzel for defendant appellee.*

MALLARD, Chief Judge.

After carefully examining all of the assignments of error properly made and brought forward by the plaintiff, we are of the opinion and so hold that no reversible error is made to appear.

No error.

Judges PARKER and VAUGHN concur.